```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
INDEMNITY INSURANCE COMPANY         :
NORTH AMERICA, *as subrogee of*         :
*General Electric Company*,                         :
:              19-cv-8407 (VSB)
Plaintiff,   :
:                    **ORDER**
-against-                      :
:
EXPEDITORS INTERNATIONAL OF         :
WASHINGTON, INC.,                                   :
:
Defendant.   :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  July 7, 2020
            New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge